## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:22-cr-10077-DJC-10 |
| ) | |
| KARINA SANTOS ) | |

## NOTICE

After review of this case pursuant to Gen. Order 23-5 (Concerning Appointment of Counsel And Motions For Retroactive Guideline Applications), the Federal Public Defender Office, in consultation with U.S. Probation, discerns no viable claim. Specifically, undersigned counsel reviewed Ms. Santos' case for eligibility under U.S.S.G. § 4A1.1(e) as amended by Part A and U.S.S.G. § 4C1.1 as amended by Part B of Amendment 821 to the United States Sentencing Guidelines. Ms. Santos did not have zero criminal history points, nor did she receive criminal history points for having been under a criminal justice sentence at the time of her offense.[1] Consequently, the Federal Public Defender Office will neither seek appointment to represent Ms. Santos nor assign CJA counsel to file a motion seeking to represent her in this matter.

Respectfully Submitted,

*Sandra Gant*
Sandra Gant
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

---

[1] *See* Presentence Report ¶¶ 58-59 (reflecting two criminal history points and no "status" points); and Defendant's Sentencing Memorandum at D.E. # 202 at pg.4, concurring with the PSR's calculation of two criminal history points.

## CERTIFICATE OF SERVICE

      I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically and/or via USPS to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 29, 2024.

                                              *Sandra Gant*
                                              Sandra Gant